IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

SIMMIE JOHNSON                                                                                           PLAINTIFF

VS.                                                                    CIVIL ACTION NO. 5:06cv00112-DCB-JMR

SECURITY PLAN FIRE INSURANCE COMPANY                                          DEFENDANT

## AGREED FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

This cause came before the Court at the joint request of the Plaintiff, Simmie Johnson, and the Defendant, Security Plan Fire Insurance Company, for a judgment dismissing any and all of the Plaintiff's claims whatsoever against the Defendant, Security Plan Fire Insurance Company. The Court has been informed that any and all of the claims of the Plaintiff, Simmie Johnson against the Defendant, Security Plan Fire Insurance Company, have been fully compromised and settled by payment to the Plaintiff, Simmie Johnson, of a sum of money satisfactory to him, and that there remain no issues whatsoever to be litigated as to the claims of Simmie Johnson against Security Plan Fire Insurance Company.

All parties have consented to the entry of this Agreed Final Judgment and, as evidenced by the signatures below of the parties' respective counsel of record, agree that any and all of the claims of the Plaintiff, Simmie Johnson, against the Defendant, Security Plan Fire Insurance Company, should be dismissed with prejudice. Therefore, the Court finds that any and all of the claims of the Plaintiff, Simmie Johnson, against the Defendant, Security Plan Fire Insurance Company, should be and are hereby dismissed with prejudice.

IT IS, THEREFORE, ORDERED AND ADJUDGED, that any and all of the claims of the Plaintiff, Simmie Johnson, against the Defendant, Security Plan Fire Insurance Company, are hereby dismissed with prejudice.

SO ORDERED AND ADJUDGED, this the 5th day of September, 2006.

S/DAVID BRAMLETTE<br>
U. S. DISTRICT COURT JUDGE

AGREED AND CONSENTED TO:


s/   W. Briggs Hopson
BRIGGS HOPSON, III, MSB 9067
ATTORNEY FOR SIMMIE JOHNSON


s/ Eric J. Dillon
ERIC J. DILLON, MSB 100958
ATTORNEY FOR SECURITY PLAN FIRE INSURANCE COMPANY